```
              UNITED STATES DISTRICT COURT            FILED
              NORTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION             01 MAY -1 PM 1:11
```

ALEXANDER BARNETT,            )
                              )
        Plaintiff,            )
                              )
vs.                           )       CV 99-S-3082-S
                              )
SGT. WILLIAM MORRIS; COI GHANT; )
COI MOORE; and WARDEN GARRETT, )
                              )
        Defendants.           )

ENTERED
MAY 1 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a second report and recommendation on March 20, 2001, recommending that the defendants' motion for summary judgment be granted and this cause dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the _1st_ day of _May_, 2001.

_____
UNITED STATES DISTRICT JUDGE